# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| A.L., by his next friend,<br>    TARA LLOYD,<br>And<br>R.N., by his next friend,<br>    KIMBERLY NEWHOUSE,<br><br>    Plaintiffs,<br><br>v.<br><br>BETH KAMINSKI,<br>Individually and in her official<br>Capacity as Principal of<br>Kettle Moraine High School,<br>Defendant. | CIVIL ACTION FILE NO. |

## PLAINTIFF'S STATEMENT IN COMPLIANCE WITH CIV.L.R. 7.1

The undersigned counsel of record for A.L. and R.N. furnishes the following list in compliance with Civil L.R 7.1 and Fed.R.Civ.P. 7.1:

- Plaintiffs are not corporations

- Plaintiffs will be represented by John Monroe Law, P.C. This is an action under 42 U.S.C. § 1983 for various violations of Plaintiffs' constitutional rights. Plaintiffs seek declaratory and injunctive relief against the Defendant.

–1–

JOHN R. MONROE,

   /s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
Telephone: (678) 362-7650
jrm@johnmonroelaw.com
State bar # 01021542

ATTORNEYS FOR PLAINTIFFS

–2–

Case 2:20-cv-00276-NJ   Filed 02/20/20   Page 2 of 2   Document 2