UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

A.L., by his next friend,
TARA LLOYD, and
R.N., by his next friend,
KIMBERLY NEWHOUSE,

      Plaintiffs,

v.

                                   Civ. Action No. 20-cv-276

BETH KAMINSKI,
Individually and in her official
Capacity as Principal of
Kettle Moraine High School,

      Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ronald S. Stadler and Jonathan E. Sacks of Jackson Lewis P.C., 330 East Kilbourn Avenue, Suite 560, Milwaukee, Wisconsin 53202, enter this notice of appearance in this action as counsel for Defendant Beth Kaminski and request that all further notices, pleadings or other matters in that regard be served upon them.

Dated this 27th day of February, 2020.

                                 JACKSON LEWIS, P.C.
                                 Attorneys for Defendants

                                 By:    */s/ Ronald S. Stadler*
                                          Ronald S. Stadler
                                          State Bar No. 1017450
                                          Jonathan E. Sacks

330 E. Kilbourn Avenue, Suite 560          State Bar No. 1103204
Milwaukee, Wisconsin 53202
telephone: 414-944-8900
facsimile: 414-944-8901
e-mail: Ronald.stadler@jacksonlewis.com
       Jonathan.sacks@jacksonlewis.com

4852-0208-4022, v. 1