UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

A.L., by his next friend,
TARA LLOYD,
And
R.N., by his next friend,
KIMBERLY NEWHOUSE,
And
K.S., by her next friend,
NICHOL SOBOTIK,

    Plaintiffs,

v.   Case No. 2:20-cv-276

BETH KAMINSKI,
Individually and in her official
Capacity as Principal of
Kettle Moraine High School,

    Defendant.

N.J., by his next friend,
KELLY JACOB,

    Plaintiff,

v.   Case No. 1:20-cv-227

DAVID SONNABEND,
Individually and in his official
Capacity as Associate Principal of
Shattuck Middle School,

    Defendant.

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW COME the Defendants, David Sonnabend and Beth Kaminski, individually and in their official capacities, by and through their attorneys, Jackson Lewis P.C., and hereby respectfully move the Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for an order granting Defendants' motion for judgment on the pleadings. The grounds for this motion are set forth in the contemporaneously filed Brief in Support and all other pleadings on file.

Dated this 30th day of July, 2020.

                              JACKSON LEWIS P.C.
                              Attorneys for Defendants

By:   /s/ *Ronald S. Stadler*
       Ronald S. Stadler
       State Bar No. 1017450
       Jonathan E. Sacks
       State Bar No. 1103204

P.O. Address:
330 East Kilbourn Avenue, Suite 560
Milwaukee, WI 53202
(414) 944-8900
(414) 944-8901 (facsimile)
Ronald.stadler@jacksonlewis.com
Jonathan.sacks@jacksonlewis.com