# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| N.J., by his next friend,<br>    KELLY JACOB, | |
|     Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 20-CV-227 |
| DAVID SONNABEND, individually<br>And in his official capacity as<br>Associate Principal of Shattuck<br>Middle School,<br>    Defendant. | |
| A.L., by his next friend,<br>    TARA LLOYD,<br>    Plaintiff, | CIVIL ACTION FILE NO.<br>20-CV-276 |
| v. | |
| BETH KAMINSKI, individually<br>And in her official capacity as<br>Principal of Kettle Moraine High<br>School,<br>    Defendant. | |

## PLAINTIFFS' NOTICE OF APPEAL

Please take notice that Plaintiffs N.J. and A.L., by their next friends, Kelly Jacob and Tara Lloyd, respectively, appeal to the United States Court of Appeals

–1–

for the Seventh Circuit from the Decision and Order [Doc. 53] and Judgment [Doc. 54] entered in this case on May 3, 2021.

Dated May 21, 2021

JOHN R. MONROE,

   /s/ John R. Monroe

John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
Telephone: (678) 362-7650
jrm@johnmonroelaw.com
State bar # 01021542

ATTORNEYS FOR PLAINTIFFS