# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**A.L. et al.,**

                Plaintiffs,

        v.                      **TELEPHONE CONFERENCE**
                                             Case No. 20-CV-276

**JUSTIN BESTOR,**

                Defendant.

HONORABLE WILLIAM C. GRIESBACH presiding         Time Called: 3:01 pm
Proceeding Held: July 26, 2022                        Time Concluded: 3:05 pm
Deputy Clerk: Lori                                                  Tape: 072622

**Appearances:**

    **Plaintiff(s):**    John Monroe

    **Defendant(s):**    Jonathan Sacks

The Court addresses defendant's pending [29] motion to dismiss.
Mr. Monroe anticipates filing a brief in opposition to the motion.
Mr. Monroe states it is not unlikely the student will graduate out before the case is decided and there is precedent in the 7th Circuit.
Mr. Monroe addresses companion case differences and jurisdictional argument.
The Court will hold the case open and await final briefing on the matter and issue a decision.